UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## Consent to Electronic Service

**Edina Harsay, Appellant**

v.                                                                          Case No. 22-3182

**Marla Luckert et al., Appellees**

      I hereby notify the clerk that I consent to receive electronic service of all documents filed in this appeal via the Court's Electronic Case Management system (ECF). All notices and electronic filings for the above-captioned case(s) should be sent to me at the email address below. If my email address changes, I will promptly notify the clerk in writing of my new email address. I understand that I will no longer receive paper copies of any documents issued by the court or electronically filed by other parties to this appeal. I understand that I need to separately consent to electronic service for each appeal in which I wish to receive electronic service and this consent is only effective as to the above captioned appeal(s).

_____Edina Harsay_____
Name

_____eharsay@icloud.com_____
Email address (type or print clearly)

_____[signature]_____
Signature

## CERTIFICATE OF SERVICE

      I hereby certify that on _October 17, 2022_ I sent a copy of
[date]
the Consent to Electronic Service to: _Stephen Phillips_
at _120 SW 10th Avenue, 2nd Floor_
_Topeka, KS 66612_, the last known
address/email address, by _First Class U.S. Mail_.
[state method of service]

_Oct. 17, 2022_                                           _[signature]_
Date                                                             Signature