IN THE UNITED COURT OF APPEALS
FOR THE
TENTH CIRCUIT

| | |
|---|---|
| Edina Harsay,<br>  *Plaintiff-Appellant*,<br><br>vs.<br><br>Marla Luckert, et al.,<br>  *Defendants-Appellees*. | Case No. 22-3182 |

## APPELLANT'S MOTION TO ADD HYPERLINKS
## TO PAGES CITED FROM THE RECORD ON APPEAL

Appellant, Edina Harsay, requests that this court permit the filing of the attached substitute Opening Brief of Appellant, to which she has added hyperlinks to all cited pages from the *Record on Appeal*. In support of her motion, the Appellant states:

1. *Background:* The Brief of Appellant was timely filed on December 21, 2022. The CM/ECF User's Manual states that if at the time of original filing, hyperlinks have not been added to the cited *Record* within the Brief, a party may file a motion within 7 days of the original filing and request the filing of a substitute Brief to which hyperlinks have been added.

2. *Consultation with other parties:* Attorney for Appellees has been consulted regarding this motion and he does not object to the filing of the substitute Brief.

3. *Authority*: CM/ECF User's Manual, Part III, Section E; 28 USC App. Fed. R. App. P. Rule 28(e); 10th Cir. R. 28.1(A)(2).

4. *Reason:* At the time of filing, Appellant was aware of only the Revised Preliminary Record on Appeal (Doc. 30 from the District Court Docket). The full *Record* was retrieved by this Court on Sept. 19, 2022, but Appellant was not yet receiving emails of docket entries with links to filings. An email with the link to the full *Record on Appeal* was sent to Appellant one day after her Brief was filed, on December 22, 2022. Therefore, the originally filed Brief is missing not only hyperlinks but also the proper page numbers from the consecutively paginated *Record on Appeal*. Instead, the Brief cited only the District Court docket. Those original citations were left in the Brief, but in addition, the page numbers from the consecutively paginated *Record on Appeal* were added, and hyperlinks were then added to those page numbers. In addition, numerous cited case law in the originally filed Brief inadvertently had hyperlinks to external websites of case law databases, and those hyperlinks are now removed from the attached substitute Brief so that inappropriate links do not interfere with the ECF system.

Dated: December 28, 2022

Respectfully submitted,

___s/Edina Harsay_____
Edina Harsay, Ph.D.
1100 Stone Meadows Dr.
Lawrence, Kansas 66049
Phone: (785) 813-1757
Email: eharsay@icloud.com
*Plaintiff, Pro se*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 28, 2022, the above and foregoing was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to all those individuals currently electronically registered to receive notices of filings for this case, including the following:

Stephen Phillips, Attorney for Defendants
Asst. A.G., Civil Litigation Div.
Office of the Attorney General Derek Schmidt
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597

                                                               s/ Edina Harsay
                                                               Edina Harsay, Ph.D.
                                                               *Plaintiff, Pro se*